AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____    **JAN 13 2005**

MASSACHUSETTS

Daniel M. Foley, Peter L. Furnari and Frank
E. Silver, III, individually and as reresentative
of certain retired employees of USM Corporation

**SUMMONS IN A CIVIL ACTION**

V.

USM Corporation

CASE NUMBER:  04-12644 JLT

## 04 CV 12644 JLT

TO: (Name and address of Defendant)

> USM Corporation
> c/o Barry Levine
> 32 Stevens Street
> Haverhill, MA 01831

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Warren H. Pyle
> Pyle, Rome, Lichten, Ehrenberg & Liss-Riordan, P.C.
> 18 Tremont Street, Suite 500
> Boston, MA 02108

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12-17-04

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                    Signature of Server

                              _____
                                    Address of Server

 **Essex County Sheriff's Department** • PO Box 2019 • Salem, MA 01970 • 978-750-1900 ext. 3590
*Essex, ss.*

January 11, 2005
I hereby certify and return that on 1/4/2005 at 04:50 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Barry Levine, c/o of USM Corporation at 32 Stevens Street Haverhill, MA 01831. Basic Service Fee ($30.00), Conveyance ($3.00), Travel ($16.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $55.00

Deputy Sheriff Harold Yeo                                    *Deputy Sheriff*